**Jeanette Ann (Richards) FLANSBURG, Respondent,**

v.

**Marvin Luther RICHARDS, Appellant.**

No. 50622.

Missouri Court of Appeals,
Eastern District,
Northern Division.

May 20, 1986.

James Millan, Bowling Green, for appellant.

Philip Robert Schaper, Mark Steven Fisher, Bowling Green, for respondent.

## ORDER

PER CURIAM.

Father appeals trial court decision denying father's motion to modify seeking a change in custody from mother to father.

No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).